# United States Court of Appeals
## For the First Circuit

No. 21-1055

DR. LYLE E. CRAKER,

Petitioner,

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; ANNE MILGRAM, in her official capacity as Administrator of the Drug Enforcement Administration,

Respondents.

No. 21-1323

SCOTTSDALE RESEARCH INSTITUTE,

Petitioner,

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; ANNE MILGRAM, in her official capacity as Administrator of the Drug Enforcement Administration; MERRICK B. GARLAND, Attorney General,

Respondents.

**ERRATA SHEET**

The opinion of this Court issued on August 9, 2022 is amended as follows:

On page 27, lines 2 and 6, "forego" is replaced with "forgo"